UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

v.

Joseph Strange,

Defendant.

_________________________________/

Case: 2:26−cr−20567
Assigned To : McMillion, Brandy R.
Referral Judge: Grand, David R.
Assign. Date : 8/28/2026
Description: INFO USA V. STRANGE (AB)

Violations:
17 U.S.C. § 506(a)(1)(A) 18 U.S.C. § 2319(a) & (b)(1)

**Information**

The United States Attorney Charges:

**Count 1**

*Criminal Infringement of a Copyright*
17 U.S.C. § 506(a)(1)(A); 18 U.S.C. § 2319(a) & (b)(1)

1. From in or about July 2024 to in or about January 2025, in the Eastern District of Michigan and elsewhere, defendant Joseph Strange, did willfully and for purposes of commercial advantage and private financial gain infringe a copyright by reproducing and distributing, including by electronic means, during a 180-day period, ten (10) or more copies of one (1) or more copyrighted works without the authority of the copyright owner, namely, Victim A, which had a total retail value of more than $2,500, all in violation of 18 U.S.C. § 2319(a) and (b)(1) and 17 U.S.C. § 506(a)(1)(A).

## **Forfeiture Allegation**

2. The above allegations contained in this Information are incorporated by reference as if set forth fully herein for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 2323(b).

3. As a result of the violation of 17 U.S.C. § 506 and 18 U.S.C. § 2319, as set forth in this Information, the Defendant shall forfeit to the United States:

(1) all articles, the making or trafficking of which is prohibited under 17 U.S.C. § 506 and 18 U.S.C. § 2319;

(2) all property used, or intended to be used, in any manner or part to commit or facilitate the commission of violations of 17 U.S.C. § 506 and 18 U.S.C. § 2319; and

(3) all property constituting or derived from proceeds obtained directly or indirectly as a result of the commission of violations of 17 U.S.C. § 506 and 18 U.S.C. § 2319.

4. Money Judgment: Upon conviction of violating 17 U.S.C. § 506 and 18 U.S.C. § 2319(b)(1), the Defendant shall be ordered to pay the United States a sum of money equal to the total amount of proceeds defendant obtained as a result of such violations.

5. Substitute Assets: If the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant:

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third party;

c. Has been placed beyond the jurisdiction of the Court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. 2323(b)(2), to seek to forfeit any other property of the Defendant up to the value of the forfeitable property described above.

JEROME F. GORGON JR.
UNITED STATES ATTORNEY

*s/John K. Neal*
John K. Neal
Assistant United States Attorney
Chief, Anti-Corruption Unit
Eastern District of Michigan

*s/Timothy J. Wyse*
Timothy J. Wyse
Alyse Wu
Assistant United States Attorney
Eastern District of Michigan

A. TYSEN DUVA
Assistant Attorney General

*s/ Vasantha Rao*
Vasantha Rao
Trial Attorney
Computer Crime and Intellectual Property Section
Criminal Division
United States Department of Justice

Dated: August 28, 2026

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number** 2:26−cr−20567 |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ **Yes** ☒ **No** | **AUSA's Initials:** TJW |

**Case Title:** USA v. Joseph Strange

**County where offense occurred :** Oakland

**Check One:** ☒ **Felony** ☐ **Misdemeanor** ☐ **Petty**

____Indictment/____Information --- **no** prior complaint.
____Indictment/ ✓ Information --- based upon prior complaint [**Case number:** 25-mj-30160 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ______________ **Judge:** ______________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

August 28, 2026
Date

s/Timothy J. Wyse
Timothy J. Wyse
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226- 9144
Fax:
E-Mail address: timothy.wyse@usdoj.gov
Attorney Bar #:

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.